1  Lawrence Riff, Esq. (CSB No. 104826)
   Jason Levin, Esq. (CSB No. 161807)
2  STEPTOE & JOHNSON LLP
   633 West Fifth Street, Suite 700
3  Los Angeles, California  90071
   Telephone:  (213) 439-9400
4  Facsimile: (213) 439-9599
   Email:   *lriff@steptoe.com*
5            *jlevin@steptoe.com*

6  Attorneys for Defendant
   GENERAL PETROLEUM CORPORATION,
7  a California corporation

8

9                  **UNITED STATES DISTRICT COURT**

10                  **EASTERN DISTRICT OF CALIFORNIA**

11 | VP RACING FUELS, INC., a Texas corporation, | Case No. 2:09-CV-02067-MCE-GGH |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER** |
| vs. | |
| GENERAL PETROLEUM CORPORATION, a California corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

20     WHEREAS plaintiff VP Racing Fuels, Inc. filed a first amended complaint on December

21 17, 2009 against defendant General Petroleum Corporation (Docket No. 17);

22     WHEREAS following the filing of the first amended complaint, the parties discussed a

23 potential motion to dismiss by General Petroleum and also engaged in settlement discussions;

24     WHEREAS the parties agreed that it would be in their interest and that of the Court to

25 delay further motion practice until early settlement opportunities could be fully explored; and

26     WHEREAS there have been no prior motions or extensions with respect to General

27 Petroleum's response to the amended complaint;

28

1.

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED between counsel for the parties, pursuant to Local Rule 144, that defendant General Petroleum may have until **February 16, 2010** to respond to the amended complaint.

Dated: January 7, 2010   STEPTOE & JOHNSON LLP

By /s/ Jason Levin
Jason Levin, CA Bar No. 161807
*jlevin@steptoe.com*
Lawrence P. Riff, CA Bar No. 104826
*lriff@steptoe.com*
633 W. Fifth Street, Suite 700
Los Angeles, California  90071
Telephone:  (213) 439-9400
Facsimile:  (213) 439-9599

Attorneys for Defendant
General Petroleum Corporation

MILLSTONE, PETERSON & WATTS, LLP

By /s/ Glenn W. Peterson (as authorized on Jan. 7, 2010
Glenn W. Peterson, CA Bar No. 126173
*gpeterson@mpwlaw.net*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661

Telephone:  (916) 780-8222
Facsimile:  (916) 780-8775

Attorneys for Plaintiff
VP Racing Fuels, Inc.

**IT IS SO ORDERED.**

DATED: January 11, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2.

PDF created with pdfFactory trial version www.pdffactory.com