Lawrence Riff, Esq. (CSB No. 104826)
Jason Levin, Esq. (CSB No. 161807)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599
Email:   *lriff@steptoe.com*
         *jlevin@steptoe.com*

Attorneys for Defendant
GENERAL PETROLEUM CORPORATION,
a California corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VP RACING FUELS, INC., a Texas corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>GENERAL PETROLEUM CORPORATION, a California corporation; and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No. 2:09-CV-02067-MCE-GGH<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER** |

## **STIPULATION**

WHEREAS plaintiff VP Racing Fuels, Inc. filed a first amended complaint on December 17, 2009 against defendant General Petroleum Corporation (Docket No. 17);

WHEREAS following the filing of the first amended complaint, the parties discussed a potential motion to dismiss by General Petroleum and also engaged in settlement discussions;

WHEREAS the parties agreed that it would be in their interest and that of the Court to delay further motion practice until early settlement opportunities could be fully explored; and

WHEREAS there have been no prior motions or extensions with respect to General Petroleum's response to the amended complaint;

IT IS HEREBY STIPULATED between counsel for the parties, pursuant to Local Rule 144, that defendant General Petroleum may have until **February 16, 2010** to respond to the amended complaint.

Dated: January 7, 2010

STEPTOE & JOHNSON LLP

By /s/ Jason Levin
Jason Levin, CA Bar No. 161807
*jlevin@steptoe.com*
Lawrence P. Riff, CA Bar No. 104826
*lriff@steptoe.com*
633 W. Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorneys for Defendant
General Petroleum Corporation

MILLSTONE, PETERSON & WATTS, LLP

By /s/ Glenn W. Peterson (as authorized on Jan. 7, 2010
Glenn W. Peterson, CA Bar No. 126173
*gpeterson@mpwlaw.net*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661

Telephone: (916) 780-8222
Facsimile: (916) 780-8775

Attorneys for Plaintiff
VP Racing Fuels, Inc.

**IT IS SO ORDERED.**

Dated: January 14, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2.
STIPULATION FOR EXTENSTION TO RESPOND TO FIRST AMENDED COMPLAINT