GLENN W. PETERSON, ESQ. (SBN 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax: (916) 780-8775

Attorneys for Plaintiff
VP Racing Fuels, Inc.

JASON LEVIN, ESQ. (SBN 161807)
**STEPTOE & JOHNSON, LLP**
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
Telephone: (213) 439-9400
Fax: (213) 439-9599

Attorneys for Defendant
General Petroleum Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VP RACING FUELS, INC., a Texas corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL PETROLEUM CORPORATION, a California corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:09-CV-02067-MCE-GGH <br><br> **ORDER OF DISMISSAL PURSUANT TO STIPULATION** |

/ / /

/ / /

/ / /

/ / /

/ / /

[PROPOSED] ORDER OF DISMISSAL PURSUANT TO STIPULATION

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and based upon the
2  previously filed stipulation of the parties [Doc. 29], and good cause appearing,
3  IT IS HEREBY ORDERED that this action is hereby dismissed in its entirety, with
4  prejudice. Each party shall bear its own attorney's fees and costs. The Clerk of Court is directed to
5  close the file.

Dated:  May 10, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER OF DISMISSAL PURSUANT TO STIPULATION